IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARELIUS MCMURRAY,

    Petitioner,               2:05-cv-0541-GEB-DAD-P

  vs.

SCOTT KERNAN, Warden,

    Respondent.          <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an untimely notice of appeal of this court's September 15, 2005 denial of his application for a writ of habeas corpus. Petitioner has requested a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either state the reasons why such a certificate should not issue, or issue a certificate of

1

1 appealability indicating which issues make the required showing.
2 Fed. R. App. P. 22(b).
3             For the reasons set forth in the magistrate judge's
4 findings and recommendations, filed June 28, 2005, petitioner has
5 not made a substantial showing of a denial of a constitutional
6 right.  Accordingly, a certificate of appealability should not
7 issue in this action.
8             IT IS HEREBY ORDERED that petitioner's December 6, 2005
9 request for certificate of appealability is denied, and no
10 certificate of appealability shall issue.
11 DATED:   December 19, 2005
12                                     /s/ Garland E. Burrell, Jr.
                                       GARLAND E. BURRELL, JR.
13                                     United States District Judge

2